IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DEERE & COMPANY, a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-028-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Travelers Property Casualty Company of America, by and through its undersigned counsel, and hereby voluntarily dismisses this action, without prejudice, as a matter of right pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

ROBINSON & COLE LLP

 /s/ Curtis J. Crowther
Curtis J. Crowther (No. 3238)
1201 N. Market Street, Suite 1406
Wilmington, DE  19801
(302) 516-1707
ccrowther@rc.com

and

ROBINSON & COLE LLP
Eugene P. Murphy (*admitted pro hac vice*)
777 Brickell Avenue, Suite 680
Miami, FL 33133
(786) 725-4120

*Attorneys for Travelers Property Casualty Company of America*

Dated:  August 29, 2022